AO 442 (Rev. 11/11) Arrest Warrant

**FILED** JAN 24 2019 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

**UNSEALED** USMS FRESNO **ISSUED** JAN 10 2019

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Pedro Garcia | ) Case No. |
|  | ) 1:19MJ00014 EPG |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Pedro Garcia,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1) -- Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of Methamphetamine

Date: 1/17/19

_____
*Issuing officer's signature*

City and state: Fresno, California          Erica P. Grosjean, U.S. Magistrate Judge
                                             *Printed name and title*

### Return

This warrant was received on *(date)* 1-10-19, and the person was arrested on *(date)* 1-24-19
at *(city and state)* Porterville, CA.

Date: 1-24-19                S/A T Jarrett DEA
                             *Arresting officer's signature*

                             _____ USMS
                             *Printed name and title*

1078678