MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00014 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: MOTION TO REVOKE BAIL |
| v. | |
| PEDRO GARCIA, | |
| Defendant. | |

IT IS HEREBY ordered that a hearing will be held on the United States' Motion to Revoke Release Order at 3:00 p.m. on February 4, 2019. It is further ordered that ICE transport the defendant to the hearing prior to deporting him.

Dated: Feb 4, 2019

_____
THE HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE

TYPE PLEADING NAME

1