Mark A. Broughton, #079822
Brittany E. Hines, #326312
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
mark@fresnocriminallawyer.com

Attorney for Defendant PEDRO GARCIA MIRANDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>PEDRO GARCIA MIRANDA,<br><br>         Defendant. | Case No.: 1:19-CR-00007-NONE-BAM<br><br>**JOINT STIPULATION TO VACATE STATUS HEARING AS TO PEDRO GARCIA MIRANDA ONLY AND SET A CHANGE OF PLEA HEARING; AND ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Pedro Garcia Miranda, and Katherine Schuh, Assistant United States Attorney for the government, that the Status Hearing currently scheduled for November 10, 2021, at 1:00p.m., be vacated and set for a Change of Plea Hearing on December 3, 2021, at 9:30 a.m.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Katherine Schuh, who has no objections.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED: November 2, 2021 /s/ Katherine Schuh
KATHERINE SCHUH
Assistant United States Attorney

DATED: November 2, 2021 /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for PEDRO GARCIA MIRANDA

## ORDER

IT IS SO ORDERED that the status conference set for November 10, 2021 is vacated. A change of plea hearing is set for **December 3, 2021, at 9:30 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **November 2, 2021**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE