Mark A. Broughton, #079822
Brittany E. Hines, #326312
Jesus Pereda, #
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Mark@FresnoCriminalLawyer.com

Attorneys for Defendant PEDRO MIRANDA GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PEDRO MIRANDA GARCIA,<br><br>    Defendant. | Case No.: 1:19-cr-0007-9-JLT-BAM<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

IT IS HEREBY STIPULATED by and between MARK A. BROUGHTON, the attorney for Defendant PEDRO MIRANDA GARCIA, and KATHERINE SCHUH, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for March 18, 2022, at 9:30 a.m., be continued to April 29, 2022, at 9:00 a.m.

The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Katherine Schuh, who has no objections to this continuance. For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: March 4, 2022                 /s/Katherine Schuh
                                     KATHERINE SCHUH
                                     Assistant United States Attorney

DATED: March 4, 2022                 /s/Mark A. Broughton
                                     MARK A. BROUGHTON
                                     Attorney for PEDRO MIRANDA GARCIA

\* \* \* \* \*

ORDER

IT IS SO ORDERED.

Dated: **March 7, 2022**                 _Jennifer L. Thurston_
                                         UNITED STATES DISTRICT JUDGE